IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND STEVEN ZABOROWSKI | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 22-1130 |

## ORDER

**AND NOW**, this 13th day of July, upon consideration of Plaintiff's Motion for Reconsideration (Document Nos. 32, 33), the Commissioner's Response thereto (Document No. 36), and for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:


　　_/s/ Carol Sandra Moore Wells_____
CAROL SANDRA MOORE WELLS
United States Magistrate Judge